JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ERIC GONZALEZ, an individual, on behalf himself and on behalf of all persons similarly situated,

      Plaintiffs,

  v.

DART CONTAINER CORPORATION OF CALIFORNIA, a corporation; DART CONTAINER CORPORATION; and DOES 1 through 50, inclusive,

      Defendants.

CASE NO. 5:25−cv−02470−KK−SP

**ORDER GRANTING JOINT STIPULATION TO VACATE ALL DATES AND REMAND CASE TO STATE COURT FOR LIMITED PURPOSES OF EFFECTUATING SETTLEMENT**

Complaint Filed:  June 20, 2025
FAC Filed:  July 14, 2025

## ORDER

The Court, having reviewed the Parties' Joint Stipulation to Vacate All Dates and Remand Case to State Court for Limited Purposes of Effectuating Settlement, and good cause appearing therefore, hereby GRANTS the Parties' Stipulation to Remand, as set forth in the Parties' Stipulation, and hereby ORDERS:

1.    This matter shall be remanded back to the Superior Court of California, County of Riverside for the sole purpose of class and PAGA settlement review and approval;

2.    All currently set deadlines and hearings in the Gonzalez Class Action, including but not limited to the March 5, 2026 Scheduling Conference and March 19, 2026 Hearing on Plaintiff's motion to remand, are hereby advanced to this date and vacated; and

3.    If the settlement is not approved, Defendants reserve their right to remove the class action back to Federal Court, Plaintiff reserves the right to file a motion to remand, and Defendants reserve their right to oppose any such motion.

**IT IS SO ORDERED.**

Dated: February 26, 2026        By:

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING JOINT STIPULATION TO VACATE ALL DATES AND REMAND CASE TO STATE COURT FOR LIMITED PURPOSES OF EFFECTUATING SETTLEMENT